FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

January 4, 2023

No. 04-22-00684-CR

Angel Jonathan **KOENIGSTEIN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2020CR6833
Honorable Michael E. Mery, Judge Presiding

# O R D E R

On October 19, 2022, we issued an order noting that the clerk's record appears to show that appellant did not timely file his notice of appeal or his motion for extension of time to file the notice of appeal. *See* TEX. R. APP. P. 26.2, 26.3. Our order also noted that the clerk's record does not contain a certification showing appellant has the right to appeal. *See* TEX. R. APP. P. 25.2. We therefore ordered appellant to show cause in writing by November 18, 2022 why this appeal should not be dismissed, either for want of jurisdiction or pursuant to Texas Rule of Appellate Procedure 25.2. *See Olivo v. State*, 918 S.W.2d 519, 522 (Tex. Crim. App. 1996); TEX. R. APP. P. 25.2(d).

On November 18, 2022, appellant's newly appointed counsel filed a motion requesting an extension of time to file the response. Counsel requested the extension in order to communicate with appellant regarding "the factual and legal basis for the Notice of Appeal and Motion for Leave to File Late Notice of Appeal." We granted the motion, and extended appellant's deadline to file the response until December 19, 2022. On December 19, 2022, appellant's counsel again requested an extension of time to file the response required by our October 19, 2022 order. After consideration, we **GRANT** the motion and **ORDER** appellant to file his response **by February 3, 2023**. No further extensions of time will be granted.

_____
Beth Watkins, Justice

FILE COPY

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of January, 2023.



_____
MICHAEL A. CRUZ, Clerk of Court